```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

REGINA SCOGIN,                         *

      Plaintiff,                   *

vs.                                    *
                                               CASE NO. 3:12-CV-30 (CDL)
CAROLYN W. COLVIN, Acting              *
Commissioner of Social Security,
                                    *

      Defendant
                                      *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

     After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 8, 2013 is hereby approved, adopted, and made the Order of the Court, and accordingly, this case is remanded for further administrative action consistent with the Recommendation by the Magistrate Judge.

     The objections of the Defendant have been considered and are found to be without merit.

     IT IS SO ORDERED, this 26th day of March, 2013.

                                                     s/Clay D. Land
                                                     CLAY D. LAND
                                                     UNITED STATES DISTRICT JUDGE