```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   ATHENS DIVISION
```

REGINA SCOGIN,                    *

    Claimant,                  *

vs.                               *    CASE NO. 3:12-CV-30 (CDL)
                                                  Social Security Appeal

CAROLYN W. COLVIN,                *
Commissioner of Social
Security,                         *

    Respondent.                *

## O R D E R

This matter is before the Court pursuant to a Recommendation by the United States Magistrate Judge entered on September 17, 2013, regarding Claimant's motion for attorney's fees. The Court adopts the Magistrate Judge's Recommendation and makes it the Order of the Court. Accordingly, Claimant is awarded attorney's fees in the amount of $8,664.88.

The objections of the Claimant have been considered and are found to be without merit.

IT IS SO ORDERED, this 8th day of November, 2013.

                                                     s/Clay D. Land
                                                        CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE